UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE L. PARQUET, SR., ) <br> ) <br>     Plaintiff(s), ) <br> ) <br>     v. ) <br> ) <br> OAKLAND POLICE DEPARTMENT, ) <br> et al., ) <br> ) <br>     Defendant(s). ) <br>_____) | No. CV 07-5414 BZ <br><br> **ORDER RE PLAINTIFF'S** <br> **APPLICATION TO PROCEED IN** <br> **FORMA PAUPERIS** |

    Plaintiff seeks to proceed *in forma pauperis,* which requires her to provide proof of indigency pursuant to 28 U.S.C. § 1915(a). Plaintiff's application provides insufficient information to evaluate whether plaintiff qualifies for *in forma pauperis* status. Specifically, plaintiff has stated that she owns a home valued at $5,000. However, this valuation requires further explanation, considering current home prices in the Bay Area. Before the court can rule, plaintiff must submit a revised application explaining why she thinks her home is worth only $5,000. It would help the court to know the total amount of the mortgage and when it was taken out; how long she has owned the home;

whether it has ever been appraised, and if so, for how much. Plaintiff is **ORDERED** to file a revised application by **November 30, 2007.**

Dated:   November 1, 2007

                                   _____
                                          Bernard Zimmerman
                                     United States Magistrate Judge


G:\BZALL\-BZCASES\PARQUET\INFORMAPAUPERIS.ORD.wpd