# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## 450 GOLDEN GATE AVENUE
## SAN FRANCISCO, CA 94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

February 7, 2008

To: **Eunice Parquet, Jr.**
1555 - 164th Avenue, #14
San Leandro, CA 94578

Re: Eunice Parquet, Jr. v. Oakland Police Department - C07-5414 BZ

Dear Madam:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for March 3 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

Enclosed please find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By: /s/ Lashanda Scott
Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTPROPER.LTR.wpd