**United States District Court**
For the Northern District of California

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Eunice Parquet,                                    No. C 07-5414 BZ

        Plaintiff(s),                          **CONSENT TO PROCEED BEFORE A**
     v.                                              **UNITED STATES MAGISTRATE JUDGE**

Oakland Police Department,

        Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____          _____
                                                                         Signature

                                                                         Counsel for _____
                                                                         (Plaintiff, Defendant or indicate "pro se")

n:\forms\consent-decline.frm

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eunice Parquet, | No. C 07-5414 BZ |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| Oakland Police Department, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____   Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

n:\forms\consent-decline.frm