**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **03/03/2008**

**C07-5414  BZ**

**Eunice Parquet v. Oakland Police Department, et al.**


Attorneys: Pltf: **Not Present**
            Def: **Not Present**

Time: 4:00 p.m.


Deputy Clerk: **LASHANDA SCOTT**        Reporter: **Digital Recording; 4:24-4:25**

**PROCEEDINGS:**                                        **RULING:**

1. Case Management Conference                                Not Held
2. _____        _____

 ( ) Status Conference      ( ) P/T Conference      ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Plaintiff not present for hearing.  Court will issue an Order To Show Cause for lack of prosecution.

( XX ) ORDER TO BE PREPARED BY:    Plntf ____   Deft ____   Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____  Set for _____ days
                    Type of Trial:  ( )Jury     ( )Court
Notes: _____