UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EUNICE L. PARQUET, SR., )<br>        Plaintiff(s), )<br>    v. )<br>         )<br>OAKLAND POLICE DEPARTMENT, )<br>et al., )<br>        Defendant(s). )<br>_____ ) | No. CV 07-5414 BZ<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

     Plaintiff did not file a statement or appear at the March 3, 2008 case management conference. Nor did plaintiff file further information in support of her *in forma pauperis* application, as required by my Orders dated November 1, 2007 and January 9, 2008. On February 2, 2008, my deputy clerk sent correspondence to plaintiff requesting that she consent or decline my jurisdiction. Again, plaintiff failed to respond.

     Since filing the complaint, application to proceed *in forma pauperis*, and filing a request for accommodations on October 23, 2007, plaintiff has failed to take any further

1

1 | steps to prosecute this action.  Accordingly, plaintiff is
2 | **HEREBY ORDERED** to either dismiss this action or appear in
3 | person and show cause why this case should not be dismissed
4 | for lack of prosecution on **Wednesday, April 2, 2008**, at
5 | **10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450
6 | Golden Gate Avenue, San Francisco, California, 94102.
7 | Dated:  March 4, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\PARQUET\OSC RE DISMISSAL.wpd

2