**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **04/02/2008**

**C07-5414 BZ**

**Eunice L. Parquet v. Oakland Police Department, et al.**

Attorneys: Pltf: Not Present
            Def: Not Present

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Kathy Wyatt; 10:06-10:07, 12:25-12:25**

**PROCEEDINGS:**                                                    **RULING:**

1. Order To Show Cause                                              Not Held
2. _____           _____

( ) Status Conference      ( ) P/T Conference      ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Plaintiff not present for hearing.  Court will issue an Order of Dismissal for failure to prosecute.

( XX ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                          Type of Trial:  ( )Jury    ( )Court
Notes: _____