UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE L. PARQUET, JR., <br> Plaintiff, <br> v. <br> OAKLAND POLICE DEPARTMENT, et al. <br> Defendant(s). | No. C07-5414 BZ <br><br> **REPORT AND RECOMMENDATION TO DISMISS** |

After plaintiff failed to appear at the March 3, 2008 case management conference, the court ordered her to show cause why this case should not be dismissed for lack of prosecution. Plaintiff, again, failed to respond or to appear at the show cause hearing on April 2, 2008.

Since filing the complaint, application to proceed *in forma pauperis*, and request for accommodation on October 23, 2007, plaintiff has failed to take any steps to prosecute this action. Despite having filed this case almost a year ago, she has failed to complete her in forma pauperis application. As a result defendant has not been served. Nor has plaintiff responded to the court's February 7, 2009 letter regarding

1

1 consent.

2      Because plaintiff has not consented to my jurisdiction, I
3 am ordering the case **REASSIGNED**.  Good cause appearing, I
4 hereby **RECOMMEND** plaintiff's complaint be **DISMISSED** for
5 failure to prosecute pursuant to Federal Rule of Civil
6 Procedure 41(b).

7 Dated: April 3, 2008

8                          _____
                                    Bernard Zimmerman
9                           United States Magistrate Judge

11    G:\BZALL\-BZCASES\PARQUET\Dismissal.wpd