UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUNICE L. PARQUET, JR.,        )
                               )
          Plaintiff(s),        )     No. C07-5414 BZ
                               )
     v.                        )
                               )     **REASSIGNMENT ORDER**
OAKLAND POLICE DEPARTMENT,     )
et al.,                        )
                               )
          Defendant(s).        )
                               )
_____)

     In view of my Report and Recommendation dated April 3, 2008, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: April 3, 2008

_____
          Bernard Zimmerman
     United States Magistrate Judge

G:\BZALL\-BZCASES\PARQUET\REASSIGNMENT ORDER.wpd

1