FILED
APR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUNICE L. PARQUET, JR.,

          Plaintiff(s),

vs.

OAKLAND POLICE DEPARTMENT, et al.,

          Defendant(s).

C-07-5414 MHP

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT**

    This matter was assigned to Magistrate Judge Bernard Zimmerman who has made a report and recommendation after issuing an order to show cause why the complaint should not be dismissed for lack of prosecution, the plaintiff having failed to appear or otherwise respond to the order to show cause, and a report and recommendation having been made to dismiss the complaint without prejudice. The Magistrate Judge's Report and Recommendation were filed and served on April 3, 2008. No objections or response have been filed and the time within which to file objections or response has expired. .

    Therefore, the Report and Recommendation filed in this action on April 3, 2008 is adopted in its entirety by the court and the complaint is dismissed for lack of prosecution.

    IT IS SO ORDERED.

Date: April 17, 2008

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California